**Sara L. Gabin,** OSB #81234
Internet E-mail address: slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
14523 Westlake Drive
Lake Oswego, Oregon, OR 97035-7700
Telephone: 503.620.3171
Fax: 503.620.3365
Attorney(s) for: Jessica Marie Holland

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JESSICA MARIE HOLLAND, | Case No. 1:18-cv-00576-CL |
| Plaintiff, | |
| v. | ORDER GRANTING *STIPULATED* MOTION FOR AN AWARD OF ATTORNEY FEES PUSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| ANDREW SAUL, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | (EAJA) |
| Defendant. | |

    This matter having come before the court upon the Stipulated Motion of the parties, and this court being otherwise fully advised

    IT IS HEREBY ORDERED that plaintiff is awarded Equal Access to Justice (EAJA) Fees in the amount of $7,728.07.

    IT IS FURTHER HEREBY ORDERED that under *Astrue v. Ratliff,* 130 S. Ct 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)).

    IT IS FURTHER HEREBY ORDERED that plaintiff having assigned her right to EAJA fees to her attorney, if after receiving the Court's EAJA fee order the Commissioner determines

ORDER GRANTING *STIPULATED* MOTION FOR AN AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)      **Page 1**

that plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the Commissioner agrees to waive the requirements of the Anti-Assignment Act and the EAJA fees will be made payable to plaintiff's attorney, at her address: 14523 Westlake Drive, Lake Oswego, OR 97035.

IT IS FURTHER HEREBY ORDERED that, if there is a debt owed under the Treasury Offset Program, the requirements of the Anti-Assignment Act cannot be waived, and the remaining EAJA fees after offset will be paid by a check made out to plaintiff but delivered to plaintiff's attorney.

IT IS SO ORDERED THIS 10th day of November, 2020.

~~DISTRICT COURT JUDGE~~
Magistrate Judge Mark D. Clarke

ORDER GRANTING *STIPULATED* MOTION FOR AN AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)   Page 2