**Sara L. Gabin**, OSB #81234
Internet E-mail address: slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
14523 Westlake Drive
Lake Oswego, Oregon, OR 97035-7700
Telephone: 503.620.3171
Fax: 503.620.3365
Attorney(s) for: Jessica Marie Holland

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| JESSICA MARIE HOLLAND, | Case No. 18-cv-00576 CL |
| Plaintiff, | |
| vs. | ORDER AWARDING ATTORNEY FEES UNDER 42 U.S.C. §406(b) |
| KILOLO KIJAKAZI, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

This court, having reviewed the Memorandum of plaintiff's counsel, and being otherwise fully advised

HEREBY AWARDS attorney fees pursuant to 42 U.S.C. §406(b), in the amount of $13,728.07, and after offsetting Equal Access to Justice (EAJA) fees of $7,728.07, previously awarded to plaintiff and remitted to plaintiff's counsel, net §406(b) fees of $6,000.00.

DATED this 22 day of February, 2022.

MARK D. CLARKE
United States Magistrate Judge

ORDER AWARDING ATTORNEY FEES UNDER 42 U.S.C. §406(b)                                         Page 1